No. 93–5897. GRESH v. GRESH. Super. Ct. Pa. Certiorari denied.

No. 93–5900. ZARLING ET AL. v. UNIVERSAL LIFE CHURCH. C. A. 7th Cir. Certiorari denied.

No. 93–5901. THOMPSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–5903. HAMMER v. SAFFLE, REGIONAL DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–5908. MCELWEE v. RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5909. LOVE v. HARSH INVESTMENT CORP. C. A. 9th Cir. Certiorari denied.

No. 93–5910. SCHULTZ v. ELMER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–5911. PARTEE v. GODINEZ, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–5913. FELTS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–5918. FOSS v. KANSAS. C. A. 10th Cir. Certiorari denied.

No. 93–5921. GIBBS v. OKLAHOMA DEPARTMENT OF TRANSPORTATION. C. A. 10th Cir. Certiorari denied.

No. 93–5922. GLEDA K. v. DANE COUNTY, WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 93–5924. CARTER v. MARTINEZ ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–5925. BRAZELL v. BOYD, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–5928. CRAIG v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.